# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ANDREW GALATAS

NO. 2019 KW 0803

SEP 03 2019

---

In Re:    Andrew Galatas, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 414501.

---

BEFORE:    HIGGINBOTHAM, PENZATO, AND LANIER, JJ.

WRIT DENIED. See State v. Blackwell, 377 So.2d 110, 112 (La. 1979); State v. Thompson, 50,392 (La. App. 2d Cir. 2/24/16), 189 So.3d 1139, 1146, writ denied, 2016-0535 (La. 3/31/17), 217 So.3d 358.

TMH
AHP
WIL

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT